*Boykin & Boykin,* for plaintiff in error.

*Beall & Smith,* contra.

---

### 16364.   CRAWFORD *v.* CRAWFORD.

BROYLES, C. J.  The motion for a new trial contained only the usual general grounds, the verdict was amply authorized by the evidence, and the refusal to grant the motion was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Action of slander; from Dawson superior court—Judge J. B. Jones. ·January 3, 1925.

*A. G. Liles, John I. Kelley,* for plaintiff.

*R. H. Baker, B. P. Gaillard Jr.,* for defendant.